## Law Offices of Ellyn I. Bank
Attorney At Law
225 Broadway, Suite 715
New York, New York 10007

April 30, 2008

Tel: 212 385 1800

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 0 1 2008 ★

BROOKLYN OFFICE

<u>VIA FACSIMILE 718 -613-2156</u>

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Delvalle et al,* 08 Cr 219 (D.L.I)

Dear Judge Irizarry,

I represent the defendant, Yobany Delvalle, in the above captioned case. I respectfully request an adjournment of the status conference currently scheduled for May 9, 2008, to May 16, 2008 at 10:00 a.m. AUSA Jack Dennehy and Co-counsel Joseph Benfante, Esq. consent to this request.

The reason for this request is because my son is graduating on May 10, 2008, from the University of Tampa in Florida. I will need to travel to Florida on May 9, 2008, so that I may attend his graduation.

Accordingly, I respectfully request the status conference be adjourned until May 16, 2008 at 10:00 a.m.. I thank your Honor for your time and attention to this request.

*The request is granted. The status conference as to both defendants is adjourned to May 16, 2008 at 10:00 AM. So Ordered.*
*Dated: Brooklyn, NY*
*May 1, 2008*

Sincerely,

Ellyn I. Bank, Esq.

cc: AUSA Jack Dennehy, Esq. (via facsimile: 718-254-6076)
    Co-Counsel Joseph Benfante, Esq. (via facsimile: (212) 406-6890)

s/DLI
_____
Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York